IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Eastern_ DIVISION

John Dyess
1509 Union St
Mobile AL 36617
__PLAINTIFF__

v.

Kelley G. Taylor-
Len Hammond
John Saidla
__DEFENDANT__

CASE ACTION NO. 3:07 CV 635-WKW

RECEIVED
2007 JUL 11 P 3:13
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### EEOC COMPLAINT

1. Plaintiff resides at __1509 Union St Mobile ALa 36617__

2. Defendant(s)' name(s) __Kelley G. Taylor - Len Hammond Plc. John Saidla__

   Location of principal office(s) of the named defendant(s) __Auburn University__

   Nature of defendant(s)' business __Auburn University__

   Approximate number of individuals employed by defendant(s)_____

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☒ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☐ Other acts as specified below:_____

1

5. Plaintiff is:
   A. ☐ Presently employed by the defendant.
      ☑ Not presently employed by the defendant. The dates of employment were
      __July 2001 - May 2006__ Employment was terminated because:

      (1) ☑ Plaintiff was discharged.
      (2) ☐ Plaintiff was laid off.
      (3) ☐ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ☑ My race.
   B. ☑ My religion.
   C. ☑ My sex.
   D. ☐ My national origin.
   E. ☐ Other, as specified below: _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) __Floyd Richards-Male-White-Supervisor John Saidla-White-Male-Director-Vet School-Kelley Taylor-White-Female-A-A Albert Snipes-Black-Male-Human Resource-Len Hammond-White-Female Tim Bossinger-White-Male-Dean-Vet School-Sanya Dixon-Black-Female__

8. The alleged discrimination occurred on or about __June-2005-May-2006__.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
   Forced me to Recieve Psychological Counseling on the bases of Remaining Empty Failed to assist in transferring to another department allowed a Hostile enviroment to be maintained Refused to listen when I complained about Sexual Harrassment Wrongfully terminated me. Supervisor was off the of lateness caused exhibited negligence in handling my Civil Rights

10. The alleged illegal activity took place at __Work-College of Vet. Medicine__

2

11.  I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about ___July-2006___. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on ___April-2007___

12.  I seek the following relief:

    A.  [✓] Recovery of back pay.
    B.  [✓] Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: _7-11-07_

_John W. Dyess_
Signature of Plaintiff

John W. Dyess
1509 Union St Mobile Ala 36617
251-456-8746
Address & Telephone Number of Plaintiff

3



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5068 2507

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

Mr. John W. Dyess, III
c/o Lynn C. Miller, Esquire
Law Offices of Glover & Miller
Attorney at Law
502 Dauphin Island Pkwy.
Mobile, AL  36606

April 18, 2007

Re:  EEOC Charge Against Auburn University
     No. 420200604034

Dear Mr. Dyess, III:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                         Sincerely,

                         Wan J. Kim
                    Assistant Attorney General
                       Civil Rights Division

              by      /s/ Karen L. Ferguson
                       Karen L. Ferguson
                 Supervisory Civil Rights Analyst
                  Employment Litigation Section

cc:  Birmingham District Office, EEOC
     Auburn University