| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *W. _____*    ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery    JUL 16 |

1. Article Addressed to:    07cw635SRC

Len Hammond
Auburn University
Langdon Hall
Auburn Ala 36849

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )    ☐ Yes

2. Article Number
   ( *Transfer from service label* )    7003 3110 0003 7319 9007

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540