| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _W. Prickett_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  JUL 16 |
| 1. Article Addressed to: 3:07CV 635 WKW<br><br>Kelley G. Taylor<br>Auburn University<br>005 Quad Center<br>Auburn Ala 36849 | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0000 3378 3098 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540