IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN DYESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:07-cv-00635-WKW |
| | ) |
| KELLEY G. TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 18th day of July, 2007.

    /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE