# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **JOHN DYESS,** | |
| Plaintiff, | |
| v. | No. 3:07CV-635-WKW |
| **KELLEY G. TAYLOR, et al.,** | |
| Defendants. | |

## CONFLICT DISCLOSURE STATEMENT

Pursuant to this Court's standing order Civil Misc. No. 00-3047, as amended, Defendants file the following Conflict Disclosure Statement:

1. Defendant Kelley G. Taylor is an individual.

2. Defendant Lynn Hammond (incorrectly named in the Complaint as "Len Hammond") is an individual.

3. Defendant John Saidla is an individual.

                                              Respectfully submitted,

                                              */s/ Aaron L. Dettling*
                                              DAVID R. BOYD
                                              AARON L. DETTLING

                                                Attorneys for the Defendants, Kelley G. Taylor, Lynn Hammond, and John Saidla

OF COUNSEL:

David R. Boyd (BOY005)
Aaron L. Dettling (DET003)
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205) 226-8723
Facsimile:   (205) 488-5699

Lee F. Armstrong
General Counsel, Auburn University
101 Samford Hall
Auburn, Alabama  36849
Telephone:  (334) 844-5176
Facsimile:   (334) 844-4575

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 6th day of August, 2007, I filed the foregoing document using the CM/ECF system, and that I contemporaneously mailed a true and correct copy of the foregoing to the Plaintiff via first-class mail addressed as follows:

John D. Dyess
1509 Union Street
Mobile, Alabama  36617

              */s/ Aaron L. Dettling*
              OF COUNSEL