IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN DYESS         ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| ) | |
| v.                 ) | |
| ) | CIVIL ACTION NO. 3:07cv635-WKW |
| KELLEY G. TAYLOR, *et al.*,  ) | |
| ) | |
| Defendants.   ) | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #7), it is

ORDERED that Plaintiff shall file a Response **on or before August 20, 2007,** indicating why this motion should not be granted.

DONE this 6th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE