8-9-07
TO;U.S. DISTRICT COURT
      ALABAMA MIDDLE COURT

CASE NAME; DYESS V. TAYLOR ET AL (MAG)
CASE NUMBER: 307-CV-635

FILER: SELF

DOCUMENT NUMBER:9

RESPONSE TO DISSMISS MOTION .

MOTION TOAMMEND.

1.PLAINTIFF WISHES TO MAKE AUBURN UNIVERSITY AS THE DEFENDANT
            22
2.PLAINFIFF STATES THAT HE NEFVER INTENDED FOR LYNN HAMMOND,KELLEY TAYLOR AND JOHN SAIDLA TO BE HELD PERSONALLY RESPONSIBLE INTHIS LAWSUIT.

3.PLAINTIFF STATES HE COMPLIANED TOEACH OF THEM REGARDING BEING MISTREATED AS AN EMPLOYEE OF AUBURN UNIVERSITY.

4.PLAINTIFF STATES HE LISTED SEVERAL INDIVIDUALAS RESPOSIBLE FOR BEING TREATED UNFAIR AS AN EMPLOYEE.

5.PLAINFIFF STATES THAT A SUMMON BE SENT TOAUBURN UNIVERSITY AS THE DEFENDANT.

LEE F. ARMSTRONG

GENERAL COUSEL, AUBURNUNIVERSITY
101 SAMFORD HALL
AUBURN ALA.36849
TELEPHONE:(334) 844-5176
FACSIMILE:(334)844-4575

6:PLAINFIFF STATES LYNN HAMMOND, KELLEY TAYLOR, JOHN SAIDLA ARE EMPLOYED BY AUBURN UNIVERSITY AS HEAD OF THEIR DEPARTMENTS, HUMAN RESOURCES, AFFIRMATIVE ACTION, SMALL ANIMAL CLINIC RESPECTIVELY.

*John W. Dyess*
JOHN W.DYESS
1509 UNION ST.
MOBILE ALA.36617
(251)- 456-8746

COPIES SENT TO:    8-9-07 - Regular mail
DAVID R BOYD
AARON L.DETTLING
BALCH AND BINGHAM LLP
P.O.BOX 306
BIRMINGHAM ALA 35201-0306

LEE F.ARMSTRONG   -   8-9-07 - Regular mail
GENERAL COUSEL AUBURN UNIVERSITY
101 SAMFORD HALL
AUBURN ALA 36849

1S