**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Quinton P._ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Quinton Ferr
C. Date of Delivery: AUG 24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Auburn University
c/o Lee F. Armstrong, General Counsel
101 Samford Hall
Auburn University, AL 36849-5163

07635 S+CP+AC

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0005 4873 7927

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540