# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JOHN DYESS,** | |
| Plaintiff, | |
| v. | No. 3:07CV-635-WKW |
| **AUBURN UNIVERSITY,** | |
| Defendant. | |

## CONFLICT DISCLOSURE STATEMENT

In accordance with this Court's standing order Civil Misc. No. 00-3047, as amended, Defendant Auburn University files the following Conflict Disclosure Statement:

The Defendant, Auburn University, is a state governmental entity. Defendant is not aware of any affiliates or similar entities that could potentially pose a financial or professional conflict for the judicial officer presiding over this matter.

Respectfully submitted,

*/s/ Aaron L. Dettling*
DAVID R. BOYD
AARON L. DETTLING

                                                Attorney for the Defendant, Auburn University

OF COUNSEL:

David R. Boyd (BOY005)
Aaron L. Dettling (DET003)
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205) 226-8723
Facsimile:   (205) 488-5699

Lee F. Armstrong
General Counsel, Auburn University
101 Samford Hall
Auburn, Alabama  36849
Telephone:  (334) 844-5176
Facsimile:   (334) 844-4575

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 19th day of September, 2007, I filed the foregoing document using the CM/ECF system, and that I contemporaneously mailed a true and correct copy of the foregoing to the Plaintiff via first-class mail addressed as follows:

John D. Dyess
1509 Union Street
Mobile, Alabama  36617

                                              */s/ Aaron L. Dettling*
                                               OF COUNSEL