OCTOBER 6, 2007

PLAINTIFF; JOHN W. DYESS

DEFENDANT; AUBURN UNIVERSITY

REPORT OF PARTIES PLANING MEETING

PLAINTIFF AND DEFENDANT DIS AGREED ON SEVERAL ITEMS.

PLAINFIFFS CLAIMS AND DAMAGES.

CLAIMS; DISCRIMINATION, SEXUAL HARRASSMENT, HOSTILE WORK EVIROMENT, WRONGFUL TERMINATION, RELIGIOUS RIGHTS VIOLATED NEGLEGIENCE.

DAMAGES; EIGHT-HUNDRED THOUSAND DOLLARS ($800,000) LOSS OF INCOME UNTIL RETIREMENT.

SEVEN-HUNDRED THOUSAND DOLLARS ($700,000) MENTAL AUGUISH AND PUBLIC ENBARRASMENT.

PLAINTIFF REQUEST COURT ORDER FOR CLAIMS OF PRIVILEDGE OR OF PROTECTION

\
PLAINTIFF ANTICIPATE THE NEED FOR ELECTIONICALLY STORED INFORMATION IN THIS CASE AND REQUEST ORDER FROM THE COURT.

ALL DISCOVERY COMMENCED IN TIME TOBE COMPLETED BY NOVEMBER 22, 2007

PLAINTIFF REQUEST FINAL PRE-TRAIL CONFERENCE IN DECEMBER 2007.

PLAINFIFF REQUEST ALL DISPOSITIVE MOTION SHOULD BE FILED BY DECEMBER 2007.

PLAINTIFF STATES SETTLEMENT IS VERY LIKELY AND REQUEST MEDIATION BY THE COURT.

PLAINTIFF STATES THIS CASE SHOULD BE READY FOR TRAIL BY JANUARY 2008.

*John W. Dyen*
10-09-07

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, John W. Dyess, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 9 day of October 2007 to:

Aaron Dettling - Attorney
For Defendant - Auburn University
Birmingham Ala.

10-9-07
Date

John W. Dyess
Signature