IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN DYESS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:07cv635-WKW |
| KELLEY G. TAYLOR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Defendant's Motion to Amend Scheduling (Doc. #24), filed

on October 24, 2007, and for good cause, it is

ORDERED that the motion (Doc. #24) is GRANTED.  It is further

ORDERED that Paragraph 11 of the Scheduling Order is AMENDED as follows:

**SECTION 11.**  On or before November 17, 2008, the parties shall, pursuant to the
provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure, furnish opposing
counsel for copying and inspection all exhibits or tangible evidence to be used at the trial,
and proffering counsel shall have such evidence marked for identification prior to trial.
Unless specifically agreed between the parties or allowed by the Court for good cause
shown, the parties shall be precluded from offering such evidence not so furnished and
identified, with the exception of evidence to be used solely for the purpose of
impeachment.  Except to the extent written objections are served and filed no later
December 1, 2008, the evidence shall be deemed genuine and admissible in evidence.
The written objections shall set forth the grounds and legal authorities.  All trial exhibits
must be premarked prior to trial.

The Court shall entered a corrected uniform scheduling order herewith.

Done this 24th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE