U.S. DISTRICT COURT

ALABAMA MIDDLE DISTRICT

PLAINTIFF; JOHN W.DYESS, PRO-SE

DEFENDANT; AUBURN UNIVERSITY

CASE NUMBER; 3;07-CV-635

RECEIVED

2007 NOV -7  A 10: 17

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

REQUEST FOR MEDIATION

PLAINTIFF  JOHN W. DYESS,PRO-SE, TALKED WITH COUSEL FOR THE DEFENDANT, AARON DETTLING BY PHONE FOR THE PURPOSE OF SETTLEMENT  FOR A FACE TO FACE CONFERENCE (SEE SECTION 3 OF UNIFORM SCHEDULING ORDER; DOCUMENT NUMBER 22)

COUSESL FOR THE DEFENDANT REFUSED TO SET UP MEETING.

PLAINTIFF IS REQUESTING MEDIATION OF THE COURT IN  AN ATTEMPT  TO SAVE  SUBSTANTIAL TIME AND  EXSPENSE.

SIGNED

*John Dyess - 11-7- 07*

JOHN W.DYESS, PRO-SE

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### DIVISION

## CERTIFICATE OF SERVICE

I, _John W. Dyess_ , do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. mail_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _7_ day of _November_ 2007 to:

AARon Dettling
Balch & Bingham LLP
P.O. Box 306
Birmingham Alabama 35201-0306

_11-07-07_
Date

_John W. Dyess_
Signature