IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN DYESS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:07cv635-WKW |
| KELLEY G. TAYLOR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On November 7, 2007, Plaintiff filed a Motion for Mediation (Doc. #27). Plaintiff is advised that while, the Court encourages voluntary mediation, it does not generally order it. Plaintiff may contact Defendant's counsel to discuss mediation and, if **both** parties wish to mediate, may then contact the Court to request assistance. Accordingly, for good cause, it is

ORDERED that Plaintiff's motion (Doc. #27) is DENIED.

Done this 9th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE