IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ _Middle-Civil__ DIVISION

_____,  )
                                     )
    Plaintiff,   John Dyess-         )
                    Pro-se           )
                                     )
v.                                   )  CASE NO. 3:07-CV-635-WKW
                                     )
Auburn University,  2007 DEC 21 A 8:12  )
                                     )
    Defendants,                      )

                                    DEBRA P. HACKETT
                                    U.S. DISTRICT COURT
                                    MIDDLE DISTRICT AL

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __John Dyess__, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                       Relationship to Party

_____               _____

_____               _____

_____               _____

_____               _____


12-20-07
Date

Signature  John W. Dyess -Pro-se
Counsel

_____
Counsel for (print names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

Also requires a certificate of Service