IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN DYESS,<br><br>    Plaintiff,<br><br>v.<br><br>AUBURN UNIVERSITY,<br><br>    Defendant. | No. 3:07CV-635-WKW |

## MOTION TO AMEND UNIFORM SCHEDULING ORDER

The Defendant, Auburn University ("Auburn"), respectfully moves this Court to amend its Uniform Scheduling Order of October 24, 2007 (Doc. No. 26), to remove the requirement of a face-to-face meeting to discuss the prospect of settlement. As grounds for this motion, Auburn states the following:

Section 3 of the Scheduling Order provides, in full:

> On or before May 2, 2008, counsel[1] for all parties shall conduct a face-to-face settlement conference at which counsel shall engage in good faith settlement negotiations. If settlement cannot be reached, counsel shall also discuss whether mediation will assist the parties in reaching settlement. Not less than FIVE (5) DAYS after this conference, counsel for the plaintiff shall file a pleading titled "Notice Concerning Settlement Conference and Mediation." This pleading shall indicate whether settlement was reached and, if not, whether the

---

[1] Given this Section's references to "counsel," it may be that the Court does not normally intend for this Section to apply in *pro se* cases.

> parties believe mediation will assist them in resolving this case short of trial. Information about mediation is attached to this order.

(Doc. No. 26 at 2, Section 3.)

The Plaintiff is proceeding *pro se* and lives in Mobile, Alabama. The office of undersigned counsel is in Birmingham. The presumed location for a meeting would be in counsel's office in Montgomery. Even meeting halfway, though, this meeting would involve significant expense for both the Plaintiff and Defendant.

In his separate report pursuant to Fed.R.Civ.P. 26(f) (Doc. No. 20), Plaintiff indicated that he was seeking $1.5 million in damages. In Plaintiff's Initial Disclosures, he listed $2.2 million in damages.

Undersigned counsel took the Rule 30 deposition upon oral examination of the Plaintiff on Friday, March 28, 2008. Counsel inquired of Plaintiff about his apparent demand for $1.5 million or more in damages. In response, Plaintiff reaffirmed his belief that he should receive at least $1.5 million in damages, if not more.

Auburn considers Plaintiffs' demands to be very excessive and unreasonable, even if Plaintiff were fully successful in his claims against Auburn. Auburn considers Plaintiff's claims to be without merit and intends to proceed with its motion for summary judgment in accordance with the June 6, 2008 deadline set forth in the Order.

Because of these factors, Auburn judges the probability of settlement to be very low. Auburn respectfully submits that it would be an unnecessary burden and expense for both the Plaintiff and the Defendant for the meeting to take place as ordered.

For these reasons, Auburn respectfully moves the Court to amend its order of October 24, 2007 (Doc. No. 26) by striking Section 3 thereof.

                                            Respectfully submitted,

                                            */s Aaron L. Dettling*
                                            DAVID R. BOYD
                                            AARON L. DETTLING

                                            Attorneys for the Defendant, Auburn University

OF COUNSEL:

David R. Boyd (BOY005)
Aaron L. Dettling (DET003)
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 226-8723
Facsimile: (205) 488-5699

Lee F. Armstrong
General Counsel, Auburn University
101 Samford Hall
Auburn, Alabama 36849
Telephone: (334) 844-5176
Facsimile: (334) 844-4575

3

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this the 7th day of April, 2008, I mailed a true and correct copy of the foregoing to the Plaintiff via first-class mail addressed as follows:

John W. Dyess
1509 Union Street
Mobile, Alabama  36617

                                                    */s Aaron L. Dettling*
                                                    OF COUNSEL