# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **JOHN DYESS,** | |
| Plaintiff, | |
| v. | No. 3:07CV-635-WKW |
| **AUBURN UNIVERSITY,** | |
| Defendant. | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The Defendant, Auburn University ("Auburn"), respectfully files this "Notice Concerning Settlement Conference and Mediation" in accordance with Section 3 of the Uniform Scheduling Order of October 24, 2007 (Doc. No. 26).

Auburn reports that the required face-to-face settlement conference was held yesterday, April 30, 2008, in the Montgomery offices of undersigned counsel. Both parties attended and participated in the process. However, settlement was not reached. Neither party believes that mediation would be of further assistance in resolving this matter.

Respectfully submitted,

*/s Aaron L. Dettling*
DAVID R. BOYD
AARON L. DETTLING

Attorneys for the Defendant, Auburn University

OF COUNSEL:

David R. Boyd (BOY005)
Aaron L. Dettling (DET003)
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 226-8723
Facsimile: (205) 488-5699

Lee F. Armstrong
General Counsel, Auburn University
101 Samford Hall
Auburn, Alabama 36849
Telephone: (334) 844-5176
Facsimile: (334) 844-4575

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this the 1st day of May, 2008, I mailed a true and correct copy of the foregoing to the Plaintiff via first-class mail addressed as follows:

John W. Dyess
1509 Union Street
Mobile, Alabama  36617

              */s Aaron L. Dettling*
              OF COUNSEL