IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

RECEIVED

2008 MAY 12  A 10: 24

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JOHN W. DYESS; PRO-SE
   PLAINTIFF

VS.                                              CIVIL ACTION NO. 3;07CV635-WKW

AUBURN UNIVERSITY

NOTICE CONCERNING SETTLEMENT

CONFERENCE AND MEDIATION

AS ORDERED BYE THE UNIFORM SCHEDULE ORDER (SECTION –3) A MEETING WAS HELD INVOLVING PLAINTIFF AND DEFENDANT COUSEL.

PLAINTIFF STATED AMOUNT OF SETTLEMENT AS FOUND IN CLAIMS AND DAMAGES COULD BE NEGOTIATED.

PLAINTIFF STATED REINSTATEMENT OF JOB OR SETTLEMENT AMOUNT (PAYABLE IN SALARY FORM) WOULD ALSO BE ACCEPTED.

DEFENEDANT COUSEL (AARON DETTLING-BALCH AND BINGHAM) STATED NO REINSTATEMENT OF JOB WAS AVIALABLE.

DEFENDANT COUSEL STATED 3 TYPES OF OFFERS OF SETTLEMENT.

1. DISSIMISSAL OF LAWSUIT
2. DEFENDANT WOULD NOT SEEK PAYMENT OF LEGAL FEES FROM PLAINTIFF.
3. A ONE TIME PAYMENT OF $1,000.00 (ONE-THOUSAND- DOLLARS).

OR

DISMISSAL OF LAWSUIT
NOT SEEK PAYMENT OF LEGAL FEES
A ONE TIME PAYMENT OF $2,000.00 (TWO THOUSAND DOLLARS)

OR

DISMISSAL OF LAWSUIT
NOT SEEK PAYMENT OF LEGAL FEES
A ONE TIME PAYMENT OF $2500.00 ( TWENTY-FIVE-HUNDRED DOLLARS)

NO SETTLEMENT WAS REACHED.

DEFENDANT COUSEL REFUSED MEDIATIONS FROM THE COURT.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS THE 11 DAY OF MAY, 2008, I FILED THE FOREGOING DOCUMENT USING FIRST CLASS MAIL, AND THAT I CONTEMPORANEOUSLY MAILED A TRUE AND CORRECT COPY OF THE FOREGOING TO THE DEFENDANT COUSEL ADDRESSED AS FOLLOWS;

SIGNED,

*John W. Dyess*

AARON DETTLING
BALCH & BINGHAM LLP
P.O. BOX 306
BIRMINGHAM ALABAMA, 35201-0306

LEE F. ARMSTRONG
GENERAL COUNSEL, AUBURN UNIVERSITY
101 SAMFORD HALL
AUBURN ALABAMA 36849