# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JOHN DYESS,** | |
| Plaintiff, | |
| v. | No. 3:07CV-635-WKW |
| **AUBURN UNIVERSITY,** | |
| Defendant. | |

## MOTION FOR SUMMARY JUDGMENT

The Defendant, Auburn University ("Auburn"), respectfully moves this Court to enter full and final summary judgment in its favor pursuant to Fed.R.Civ.P. 56. In support of this motion, Auburn files its statement of material undisputed facts and brief, evidentiary submissions, and appendix of authorities contemporaneously herewith.

Respectfully submitted,

*/s Aaron L. Dettling*
DAVID R. BOYD
AARON L. DETTLING

Attorneys for the Defendant, Auburn University

OF COUNSEL:

David R. Boyd (BOY005)

Aaron L. Dettling (DET003)
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 226-8723
Facsimile: (205) 488-5699

Lee F. Armstrong
General Counsel, Auburn University
101 Samford Hall
Auburn, Alabama 36849
Telephone: (334) 844-5176
Facsimile: (334) 844-4575

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of June, 2008, I mailed a true and correct copy of the foregoing to the Plaintiff via first-class mail addressed as follows:

John W. Dyess, III
1509 Union Street
Mobile, Alabama 36617

/s Aaron L. Dettling
OF COUNSEL