IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DYESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07CV635-WKW |
| | ) | (WO) |
| AUBURN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT and DECREE that judgment is ENTERED in favor of Defendant Auburn University and against Plaintiff John Dyess ("Dyess") on all federal law claims and that Mr. Dyess' state law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 2nd day of September, 2008.

                                          /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE